efiled 6/8/07

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE  DIVISION

12  HUAN WU,                           )
                                       ) No. C 07-1522 JF
13              Plaintiff,              )
                                       )
14         v.                          )
                                       ) **PARTIES' JOINT REQUEST TO BE**
15  EMILIO T. GONZALEZ, Director of the U.S. ) **EXEMPT FROM FORMAL ADR**
    Citizenship and Immigration Services;   ) **PROCESS**
16  ALBERTO R. GONZALES, as Attorney General )
    of the United States;              )
17  MICHAEL CHERTOFF, in his Official  )
    Capacity, Secretary, United States Department )
18  of Homeland Security,              )
                                       )
19              Defendants.            )
    _____)
20

21      Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute

22  Resolution Procedures in the Northern District of California," or the specified portions of the ADR

23  Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution

24  options provided by the court and private entities, and considered whether this case might benefit

25  from any of them.  Here, the parties agree that referral to a formal ADR process will not be

26  beneficial because this action is limited to plaintiff's request that this Court compel defendants to

27  adjudicate the application for naturalization.  Defendants have already requested the FBI expedite

28  the name check so that the application may be processed as soon as possible.  Given the substance

Parties' Joint Request for Exemption
C07-1522 JF                                        1

of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: June 1, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Dated: June 1, 2007

_____/s/_____
DANIEL T. HUANG
Attorney for Plaintiff

### ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:  6/7/07

_____
JEREMY FOGEL
United States District Judge