**E-filed 6/14/07**

SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7124
  FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HUAN WU, <br><br> Plaintiff, <br><br> v. <br><br> EMILIO T. GONZALEZ, Director of the U.S. Citizenship and Immigration Services; ALBERTO R. GONZALES, as Attorney General of the United States, MICHAEL CHERTOFF, as Secretary of Homeland Security <br><br> Defendants. | No. 07-cv-01522-JF <br><br> **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** <br><br> CMC: June 15, 2007 <br> Time: 10:30 p.m. |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 30-day extension of the case management conference. The parties agree that there is a reasonable likelihood that this case can be administratively resolved in the next 30 days and that the case will be moot.

    Accordingly, the parties respectfully ask this Court to extend the date of the Case Management Conference by 30 days. If the case becomes moot, the parties will file a stipulation to dismiss. If the case if not administratively resolved, the parties will file a joint case management conference statement 7 days in advance of the re-scheduled Case Management

STIP TO EXTEND DATES
07-CV-01522-JF                                    1

1  Conference.

2
3  Dated: June 8, 2007                               /s/
                                                  DANIEL T. HUANG
4                                                 Attorney for Plaintiffs

5
6
7  Dated: June 8, 2007                               /s/
                                                  ILA C. DEISS
                                                  Assistant United States Attorney
8                                                 Attorney for Defendants

9
10                                    **ORDER**

11       PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management

12  Conference be continued to ___7/20/07_____, at 10:30 a.m.  The parties shall file a joint case

13  management statement 7 days prior to the conference.

14
15  Dated: June  14 , 2007          _____
                                    JEREMY FOGEL
16                                  United States District Court Judge

17
18
19
20
21
22
23
24
25
26
27
28

STIP TO EXTEND DATES
07-CV-01522-JF                           2